IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIE PACE,                                    *

               Plaintiff,              *

v.                                                   Case No. 7:24-cv-118 (LAG)

                                   *

DON LYLES,

                                   *

               Defendant.

_____     *

**J U D G M E N T**

Pursuant to this Court's Order dated February 19, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 19th day of February, 2026.

                           David W. Bunt, Clerk

                           s/ Katie Logsdon, Deputy Clerk